## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

In the matter of: Criminal Case Transfers to
**District Judge Rodolfo A. Ruiz**

| | | |
|---|---|---|
| USA V. Emmanuel De Jesus | (Plaintiff v. Defendant), Case No: | 19-CR-20235 |
| USA V. Rolando Alfonso | (Plaintiff v. Defendant), Case No: | 19-CR-60073 |
| USA V Marcia Pestano; Frank Basso | (Plaintiff v. Defendant), Case No: | 19-CR-20260-001-002 |

### ORDER OF REASSIGNMENT

The above-styled cases have been selected by the Clerk of Court utilizing a random selection procedure to insure the fair and impartial reassignment of cases from the undersigned District Judge to the newly appointed **District Judge Rodolfo A. Ruiz**. Prior to executing this Order, the undersigned has reviewed the files and has ruled upon all ripe pending motions that have not been referred to the paired Magistrate Judge, and are fully briefed, in accordance with the policy established by the Judges of the Southern District of Florida (See Internal Operating Procedures, Section 2.05.03 -2.05.04 ).   It is hereby

ORDERED that the above-styled actions are hereby REASSIGNED to the calendar of the **Honorable Rodolfo A. Ruiz** as of   5/ 6 /2019 or all further proceedings.   It is further

ORDERED that all pleadings hereafter filed shall bear the assigned case number followed by the initials RAR in lieu of the present initials.

DONE and ORDERED in Chamber in Miami, Florida, in chambers on this  6th day of May, 2019

_____
BETH BLOOM
United States District Judge

c: All counsel of record/pro se parties

STATUS REPORT REGARDING

TRANSFERRED CASES COVER SHEET

TO DISTRICT COURT JUDGE: _____

CASE NO.: _____

STYLE: _____     Name & Number of person completing this form: _____

**IMPORTANT:** The courtroom deputy for the Judge transferring cases to the new Judge is responsible for terminating pending hearings and/or deadlines in CM-ECF and notifying the parties. However, before terminating any hearings and/or deadlines, the transferring courtroom deputy shall contact the receiving Judge's chambers to ensure that the receiving Judge does not oppose termination of the previously set hearings and/or deadlines. The courtroom deputy for the Judge receiving cases is responsible for rescheduling the hearings and deadlines and notifying the parties.

| TYPE OF HEARING | DATE OF HEARING SET BY TRANSFERRING JUDGE | WAS HEARING TERMINATED BY TRANSFERRING JUDGE? YES OR NO or Not Applicable | WAS DEADLINE TERMINATED BY TRANSFERRING JUDGE? YES OR NO or Not Applicable |
|---|---|---|---|
| Status Conference | | | |
| Discovery Cut-Off | | | |
| Pre-Trial Conference | | | |
| Calendar Call | | | |
| Jury/Bench Trial | | | |
| Any Other Pending Hearing: | | | |
| Any Other Pending Hearing: | | | |

Was Case Referred to Mediation? (Civil Only)

☐ YES   ☐ NO

If Yes, Date Referral was made : 

Was the Case Referred to a Magistrate Judge?

☐ YES   ☐ NO

If Yes, Name of Judge:

Was a Pending Motion Referred to Magistrate Judge?

☐ YES   ☐ NO

If Yes, Name of the Motion and D.E. #:

Is the paired Magistrate Judge on Events Only?

☐ YES   ☐ NO

(If Yes, please remember to terminate.)

Other Pertinent Information:

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No: _____

       Plaintiff,

vs.

       Defendant.

_____/

**CERTIFICATION AND ORDER OF TRANSFER
TO MAGISTRATE JUDGE**

The above matter comes before the undersigned Magistrate Judge following District Judge _____'s Order of Reassignment to the newly appointed **District Judge Roy K. Altman**. The undersigned certifies that the above-captioned case presently has no referred, fully briefed pending motions and is therefore ready to be transferred to **Judge Roy K. Altman's** paired Magistrate Judge. The Clerk of Court shall hereby transfer the Magistrate Judge assignment for this case to **Judge Roy K. Altman's** paired Magistrate Judge.

DONE and ORDERED in _____, Florida, this ____ day of _____, 2019.

_____
Unites States Magistrate Judge

c:    All counsel of record/pro se parties